IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-20389 Ml |
| ) | |
| CYNTHIA McCASTER, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING MOTION TO CONTINUE

Before the Court is the Motion For Continuance of Sentencing filed April 19, 2005 by Defendant. The motion is GRANTED and the sentencing in this matter is RESET to from April 20, 2005 to Friday, May 20, 2005, at 11:30 a.m.

IT IS SO ORDERED this 19 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20389 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT