IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          No. 04-20389-MI

                                        MOTION GRANTED

CYNTHIA L. McCASTER,                         JON PHIPPS McCALLA
                                             U.S. DISTRICT JUDGE
    Defendant.                               MAY 10 2005
                                             DATE

## REQUEST TO LEAVE JURISDICTION

Comes now the Defendant, Cynthia L. McCaster, by and through her attorney, Handel R. Durham, Jr., and respectfully requests that she be allowed to leave the jurisdiction to attend a family reunion in Grenada, Mississippi, May 13, 14, and 15, 2005. Defendant will return May 15, 2005.

WHEREFORE, Defendant respectfully requests permission to leave the jurisdiction for the above explained purposes.

                                  Respectfully submitted,

                                  Handel R. Durham, Jr.
                                  Attorney for Defendant
                                  100 N. Main Bldg., Suite 2601
                                  Memphis, Tennessee 38103
                                  Tel. No. (901) 543-0866

### Certification

I, hereby, certify that a copy of the foregoing Motion was duly forwarded by ordinary U.S. Mail to Timothy R. Discenza, Assistant U.S. Attorney, 167 N. Main, Suite 800 Memphis, Tennessee 38103 and to Patrick J. Hanley, U.S. Probation Office, 167 N. Main, Suite 234, Memphis, Tennessee 38103, this 9th day of May, 2005.

                                  Attorney for Defendant

*This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-11-05*



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20389 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT