FILED BY ⟋ D.C.

05 JUN 22 PM 12:01

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY ⟋ D.C.

05 JUN -9 AM 11:09

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

VS.

CYNTHIA L. McCASTER,
Defendant

No. 04-20389-MI

**MOTION GRANTED**

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

June 21, 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-23-05

## REQUEST TO LEAVE JURISDICTION

Comes now the Defendant, Cynthia L. McCaster by and through her attorney, Handel R. Durham, Jr., and respectfully requests that she be allowed to leave the jurisdiction to attend a family holiday reunion in Chicago, Illinois from July 1 through July 5, 2005.

WHEREFORE, Defendant respectfully requests permission to leave the jurisdiction for the above explained purpose.

Respectfully submitted,

_____
Handel R. Durham, Jr.
Attorney for Defendant
100 N. Main Bldg., Suite 2601
Memphis, Tennessee 38103
Tel. No. (901) 543-0866

### Certification

I, hereby, certify that a copy of the foregoing Motion was duly forwarded by ordinary U.S. Mail to Timothy R. Discenza, Assistant U.S. Attorney, 167 N. Main, Suite 800 Memphis, Tennessee 38103 and to Patrick J. Hanley, U.S. Probation Office, 167 N. Main, Suite 234, Memphis, Tennessee 38103, this 9th day of ~~May~~ JUNE, 2005.

_____
Handel R. Durham, JR.
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20389 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT